✎AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
_____NORTHERN_____ District of _____NEW YORK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| **V.** | |
| DAVID W. HUBBARD | Case Number: 5:06-cr-97 (DNH) |
| | USM Number: 13805-052 |
| Date of Previous Judgment: January 18, 2007 | Lisa A. Peebles, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___ months **is reduced to** _____ **months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 27                   Amended Offense Level: ___
Criminal History Category: I                 Criminal History Category: ___
Previous Guideline Range: 70 to 87 months    Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (**explain**):
_____
_____

**III. ADDITIONAL COMMENTS**
Defendant's original sentence was a non-guideline sentence, therefore he is not eligible for a reduction in sentence

All provisions of the judgment dated January 18, 2007 shall remain in effect.

**IT IS SO ORDERED**.

April 25, 2008
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge